UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA FRYE, | No. 2:24-cv-2209-DC-SCR |
| Plaintiff, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| NICK SITU, | |
| Defendant. | |

      Plaintiff Vanessa Frye is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On August 15, 2024, Plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. On October 15, 2024, this Court screened the complaint per the screening process required by 28 U.S.C. § 1915(e)(2) and found the complaint was deficient in that it did not comply with Federal Rule of Civil Procedure 8. ECF No. 4. The complaint did not contain a short and plain statement setting forth the basis for federal jurisdiction or showing plaintiff's entitlement to relief. ECF No. 4 at 4. The Court's order provided in relevant part that Plaintiff shall have 30 days to file an amended complaint, and such amended complaint "must include a sufficient jurisdictional statement and comply with Rule 8." *Id.* at 5. The Order warned that failure to comply may result in a recommendation that the action be dismissed. *Id.* More than 30 days have passed, and Plaintiff has not filed an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that **Plaintiff shall show cause, in writing, within 14 days**, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed based on lack of jurisdiction and/or for failure to state a claim. Plaintiff may respond by filing an amended complaint that complies with the court's prior order. If Plaintiff fails to respond, the court will recommend dismissal of this case.

SO ORDERED.

DATED: December 3, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE